IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JAMES VILSAINT,

     Petitioner,

v.                                   Case No.  5D18-42

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed February 2, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando,
and Steven S. Graves, Assistant Public
Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the November 30, 2017

judgments and sentences in Case No. 2016-CF-11551-O, in the Circuit Court in and for

Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


     PETITION GRANTED.


TORPY, BERGER and EISNAUGLE, JJ., concur.